| | |
|---|---|
| *Trustee's Name, Address, Phone, Fax, Email:*<br>David C. Farmer<br>P.O. Box 4379<br>Honolulu, HI  96812-4379<br>Phone:  (808) 222-3133<br>Fax:     (866) 559-2922<br>Email:  farmerd001@hawaii.rr.com | **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** |
| Debtor(s):<br>KILAUEA RESTAURANT CORPORATION | Case No.: 02-02421 FJR<br><br>Chapter 7 |

| | |
|---|---|
| **NOTICE OF DEPOSIT OF UNCLAIMED FUNDS** ||
| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011: This amount represents unclaimed funds on the claim(s) listed below. | $          1,354.48 |

[*List claimants for unclaimed funds below - attach continuation sheets if necessary.*]

| *Claim No.* | *Claimant Name and Address* | *Amount* |
|---|---|---|
| __197 | STATE OF HAWAII DEPT OF LABOR & IND<br>UNEMPLOYMENT INSURANCE DIVISION<br>P O BOX 700<br>Honolulu, HI 96809 | $          1,354.48 |
| Dated: January 23, 2010 | /s/ David C. Farmer<br>        Trustee | |

hib_3011ntc        2/2007              [ECF:  Trustee/US Trustee ... Notice of Deposit of Unclaimed Funds]

U.S. Bankruptcy Court - Hawaii   #02-02421   Dkt # 172   Filed  01/23/10   Page 1 of 1